UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE CHEESE STEAK SHOP, INC., a California corporation; and 1048, INC., a California corporation,<br><br>　　　　Defendants. | **CASE NO. C 07-1566-PJH**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

　　　　The parties in the above-captioned action, plaintiffs Craig Yates, and individual and Disability Rights Enforcement, Education Services: Helping You Help Others, California Benefit Corporation ("Plaintiffs") and defendant The Cheese Steak Shop, Inc., a California corporation and defendant 1048, Inc., a California corporation ("Defendants") have resolved all issues and claims in the above-captioned action and request this Court to enter an Order of Dismissal with Prejudice of the entire action.

　　　　IT IS SO STIPULATED.

　　　　　　　　　　　　　　　　　　　　　　　　THOMAS E. FRANKOVICH, A
　　　　　　　　　　　　　　　　　　　　　　　　PROFESSIONAL LAW CORPORATION

Dated: July 18, 2007　　　　　　　　　　　By: ____/s/_____,
　　　　　　　　　　　　　　　　　　　　　　　　Thomas E. Frankovich,
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

///

///

///

-1-

| | |
|---|---|
| 1 | THE GARBER LAW FIRM |
| 2 | |
| 3  Dated: July 12, 2007 | By: ___/s/_____, |
| 4 | Alan S. Garber, Attorney for Defendant |
| 5 | The Cheese Steak Shop, Inc. |
| 6 | WENDEL, ROSEN, BLACK & DEAN LLP |
| 8  Dated: July 12, 2007 | By: ___/s/_____, |
| 9 | David Goldman, Attorneys for Defendant 1048, Inc. |

**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**

Based upon the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled Complaint shall and hereby is dismissed with prejudice and the action is dismissed in its entirety.

Dated: 8/28/07

_____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*